Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
Michael W. Chen, Esquire
Nevada Bar No. 7307
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 435 4181 (facsimile)
Loan No.  ****3440/ Our File No. 09-08-6212

**ECF FILED ON:**

OCT 22 2009

Attorney for Secured Creditor
Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2005-HE6, Mortgage Pass-Through Certificates, Series 2005-HE6 c/o Chase Home Finance, LLC as servicing agent

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>JOSE LUIS ROBLES<br><br>Debtor(s) | CHAPTER 13<br>BANKRUPTCY NO.: 09-23613-BAM |

**REQUEST FOR SPECIAL NOTICE AND REQUEST TO BE ADDED
TO THE MASTER MAILING LIST**

TO:  **JOSE LUIS ROBLES          DEBTORS**
TO:  **Jorge L. Sanchez, Esq.      ATTORNEY FOR THE DEBTOR(S)**
TO:  **Kathleen A. Leavitt          CHAPTER 13 TRUSTEE**
TO:  **ALL INTERESTED PARTIES**
TO:  **THE CLERK OF THE ABOVE ENTITLED COURT**

**NOTICE IS HEREBY GIVEN that Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2005-HE6, Mortgage Pass-Through Certificates, Series 2005-HE6 c/o Chase Home Finance, LLC as servicing agent,** as a Secured Creditor in the above-entitled action requests that the above-captioned address of its attorney of record be added to the master mailing list in this case and that its attorney receive notice of all proceedings in this matter.

Date: October 20, 2009

___/s/ Michael W. Chen_____.
Michael W. Chen, Esquire
Attorney for Secured Creditor

**CERTIFICATE OF SERVICE**

The undersigned hereby declares and certifies that on October 22, 2009, a copy of the

Secured Creditors REQUEST FOR SPECIAL NOTICE was served on the following parties by

electronically mailing to:


COUNSEL FOR DEBTOR(S)          TRUSTEE
Jorge L. Sanchez, Esq.          Kathleen A. Leavitt
jsanchez@sanchezlawgroup.net    courtsecf@las13.com

I declare under penalty of perjury that the foregoing is true and correct.


_/s/ Yvette Deriada_
An employee of THE COOPER CASTLE LAW FIRM