**Entered on Docket
February 23, 2010**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

_____

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
U.S. Bank National Association, as Trustee for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2006-CB1
09-78150

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-09-23613-bam |
| Jose Luis Robles | Date: 2/9/10<br>Time: 1:30pm |
| | Chapter 13 |
| Debtor | |

## ORDER VACATING AUTOMATIC STAY

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor U.S. Bank National Association, as Trustee for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2006-CB1, its assignees and/or successors in interest, of the subject property, generally described as 3877 Jewel Avenue, Las Vegas, NV 89121, and legally described as follows:

> All that certain real property situated in the County of CLARK, State of Nevada, described as follows:
>
> LOT SEVEN (7) IN BLOCK ONE (1) OF CAPITOL HILLS TRACT 1, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 9, OF PLATS, PAGE 72, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtor at least five business days' notice of the time, place and date of sale.

//
//
//
//
//
//
//
//
//
//
//
//

IT IS FURTHER ORDERED that in the event a Notice of Default has been recorded against this particular property there can be no sale for ninety (90) days, allowing the Debtor(s) to submit a copy of this Order to the State of Nevada, Foreclosure Mediation Program, and the Order will be construed as an agreement between the Secured Creditor and Debtor(s) that they have voluntarily agreed to a mediation under the Nevada State Foreclosure Mediation Program pursuant to Rule 6 of said program. The necessary information can be accessed at http://www.nevadajudiciary.us/.

DATED this _____ day of _____, 2010.

Submitted by:

**WILDE & ASSOCIATES**

By:_____
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

By:_____
Sanchez Law Group
900 South Fourth St.
Suite 100
Las Vegas, NV 89101
Attorney for Debtor(s)

Nevada Bar No:_____

APPROVED / DISAPPROVED
By:_____
Kathleen A Leavitt
201 Las Vegas Blvd., So. #200
Las Vegas, NV 89101
Chapter 13 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
　　___ The court waived the requirements of LR 9021.
　　___ No parties appeared or filed written objections, and there is no trustee appointed in the case.
　　___ No parties appeared or filed written objections, and the trustee is the movant.
　　_x_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
　　___ approved the form of this order　　　___ disapproved the form of this order
　　___ waived the right to review the order and/or　_x_ failed to respond to the document
　　___ appeared at the hearing, waived the right to review the order
　　___ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
　　___ approved the form of this order　　　___ disapproved the form of this order
　　___ waived the right to review the order and/or　_x_ failed to respond to the document

　　___ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
　　___ approved the form of this order　　　___ disapproved the form of this order
　　___ waived the right to review the order and/or　___ failed to respond to the document
　　___ appeared at the hearing, waived the right to review the order
　　___ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
　　___ approved the form of this order　　　___ disapproved the form of this order
　　___ waived the right to review the order and/or　___ failed to respond to the document

　　___ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor